People v Gray (2025 NY Slip Op 50382(U))

[*1]

People v Gray (Grace)

2025 NY Slip Op 50382(U)

Decided on March 28, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on March 28, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Tisch, J.P., James, Perez, JJ.

570436/18

 The People of the State of New York, Respondent,
against
Grace Gray, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Sheryl L. Parker, J.H.O.), rendered June 29, 2018, convicting her, upon her plea of guilty, of aggravated unlicensed operation of a motor vehicle in the third degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Sheryl L. Parker, J.H.O.), rendered June 29, 2018, affirmed.
The accusatory instrument charging aggravated unlicensed operation of a motor vehicle in the third degree (Vehicle and Traffic Law [VTL] § 511 [1] [a]), assessed under the standard applicable to an information (see People v Hatton, 26 NY3d 364, 368 [2015]), was jurisdictionally valid because it set forth "nonhearsay allegations which, if true, establish every element of the offense charged and the defendant's commission thereof" (People v Wheeler, 34 NY3d 1134, 1135 [2020][internal quotation marks and citation omitted]). The information, including the certified abstract of defendant's driving record, proofs of mailing of notices of suspension of defendant's driving license, and proof of mailing of a notice of default conviction informing defendant that her license was suspended on December 17, 2016, was sufficient to establish reasonable cause to believe and a prima facie case that defendant operated a motor vehicle on April 23, 2017, while knowing or having reason to know that her licence had been suspended or revoked (see VTL § 511 [1] [a]; People v Abutiate, 59 Misc 3d 127[A], 2018 NY Slip Op 50372[U] [App Term, 1st Dept 2018], lv denied 31 NY3d 1077 [2018]; People v Thompson, 52 Misc 3d 145[A], 2016 NY Slip Op 51287[U] [App Term, 1st Dept 2016], lv denied 28 NY3d 1076 [2016]).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Decision Date: March 28, 2025